NO









NO. 12-10-00169-CR

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

NIJINSKI TWON MURPHY,

APPELLANT                                                     '     APPEAL
FROM THE 420TH

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

THE
STATE OF TEXAS,                                 '     NACOGDOCHES
COUNTY, TEXAS

APPELLEE

 





MEMORANDUM
OPINION

PER
CURIAM

            Appellant
has filed a motion to dismiss this appeal.  The motion is signed by Appellant
and his counsel.  No decision has been delivered in this appeal.  Accordingly,
Appellant’s motion to dismiss is granted, and the appeal is dismissed. 
See Tex. R. App. P. 42.2(a).

Opinion delivered October 20, 2010.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

            

 

 

 

 

 

(DO NOT PUBLISH)